IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CHARLES SCOTT SIMONDS, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 108-034 |
| BRUCE CHATMAN, Warden, | ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondent's motion to dismiss (doc. no. 12) is **GRANTED**, the instant petition is **DISMISSED**, and this action is **CLOSED**.

SO ORDERED this 30th day of March, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE